# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Shenzhen Ruichenxi Technology Co., Ltd.

                                          Plaintiff,

v.

                                          Case No.: 1:24−cv−08709

                                          Honorable Mary M. Rowland

The Partnerships And Unincorporated Associations Identified On Schedule A,, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 31, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing held. Parties report on the status of the case. For the reasons stated on the record, Defendants' motion for immediate dismissal of all claims [25] is granted. This case is dismissed with prejudice as to defendants FOXYFIND 50 and MARQQET 54. Plaintiff is to notify ebay by 11/7/24. Motions by Plaintiff Shenzhen Ruichenxi Technology Co., Ltd. for more definite statement [31] and [32] are denied as moot without prejudice. Motion by Defendant YISHAO Co., Ltd. Access to certain sealed documents pursuant to Local Rule 26.2 [33] is denied as moot. Status report remains due on 11/8/24 [24]. Status report also to be filed by 12/16/24 regarding whether default motion is appropriate. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.