# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Shenzhen Ruichenxi Technology Co., Ltd.

                                                 Plaintiff,

v.

                                                 Case No.:
1:24−cv−08709

Honorable Mary M. Rowland

The Partnerships And Unincorporated Associations Identified On Schedule A,, et al.

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 19, 2024:

       MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the status report. [46]. Plaintiff Shenzhen Ruichenxi Technology Co., Ltd. Motion to dismiss [29] Defendant seou62's ("Defendant") Counterclaim is granted because the defendant is a corporate entity and is acting pro se. Defendant seou62's counterclaim and answer is stricken. Status report remains due on 1/6/25. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.